

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2021

No. 04-20-00383-CV

**IN THE INTEREST OF L.S. AND W.S., CHILDREN**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-10-32406-CV
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

Appellee's brief was originally due on December 28, 2020. Appellee has been granted one previous extension, until February 8, 2021. On February 3, 2021, appellee filed a second motion for extension of time to file her brief. The motion is unopposed.

The motion is GRANTED. Appellee's brief is due **no later than February 25, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court